IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTIAN L. DAVIS,**

       **Plaintiff,**

  **vs.**                                                         Civil Action 2:14-cv-1909
                                                                 Judge Smith
                                                                 Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

On June 9, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner for further proceedings. *Report and Recommendation*, ECF 15. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 15, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner for further proceedings.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                                     *s/George C. Smith*
                                                              **George C. Smith, Judge**
                                                              **United States District Court**