IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTIAN L. DAVIS,**

    **Plaintiff,**

  vs.                                    Civil Action 2:14-cv-1909
                                              Judge Smith
                                              Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

<u>**ORDER**</u>

    On July 31, 2015, the United States Magistrate Judge recommended that the parties' joint motion for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), *Joint Motion* (ECF No. 18) be granted. *Report and Recommendation* (ECF No. 19). Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation* (ECF No. 19) is **ADOPTED AND AFFIRMED**. The parties' *Joint Motion* (ECF No. 18) is **GRANTED**.

    Plaintiff is **AWARDED** attorney fees and expenses in the total amount of $6,000.00 pursuant to the EAJA. If counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, the Commissioner will direct that the award be made

payable to plaintiff's attorney pursuant to plaintiff's assignment.

        *s/George C. Smith*
        **George C. Smith, Judge**
        **United States District Court**